IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT L. COLLINS BEY,

                Plaintiff,

  v.

ANTHONY ASHWORTH and GARRIE TRATTLES,

                Defendants.

ORDER

17-cv-784-jdp

---

    Plaintiff Robert L. Collins Bey alleges that officials at Columbia Correctional Institution violated his constitutional right to due process in a disciplinary proceeding that led to him being placed in segregation for about a year. I granted in part and denied in part defendants' motion for summary judgment, dismissing two defendants and leaving only claims that defendant hearing examiners Anthony Ashworth and Garrie Trattles were biased against Collins Bey. Dkt. 50.

    While Collins Bey was still appearing pro se, he filed a motion for reconsideration of various aspects of my summary judgment opinion. Dkt. 51. Since then, Collins Bey has acquired counsel, but neither counsel nor Collins Bey himself submitted a brief in reply to this motion by the court-issued deadline. It's unclear whether Collins Bey has abandoned his motion, but even if he hasn't, I will deny it. Collins Bey objects to my characterization of various factual issues about evidence presented at his disciplinary hearing, but none of his arguments persuade me that I was incorrect in concluding that there was "some evidence" to convict him of the disciplinary charge. And I denied defendants' motion for summary judgment on the claim that defendants Ashworth and Trattles were biased against him, so there is nothing to reconsider with regard to that ruling.

The parties have filed a joint motion asking me to refer the case to a magistrate judge for mediation. Dkt. 57. This court generally does not issue formal orders referring a case for mediation, so I will deny the motion as unnecessary. But the parties are encouraged to contact the clerk's office to request that Magistrate Judge Peter Oppeneer conduct a mediation. More information about court-sponsored mediation in this district is available at the court's website: https://www.wiwd.uscourts.gov/mediation.

ORDER

IT IS ORDERED that:

1. Plaintiff Robert L. Collins Bey's motion for reconsideration, Dkt. 51, is DENIED.

2. The parties' joint motion to refer the case for mediation, Dkt. 57, is DENIED as unnecessary.

Entered December 18, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge